United States District Court
Middle District of Florida
Ft. Myers Division

*Kathryn Rae Kimm,*

>    *Plaintiff,*

v.                                             No. 2:25-cv-00439-JES-NPM

*Click N' Close, Inc. f/k/a Mid*
*America Mortgage, Inc.; Prosperity*
*Home Mortgage, LLC; and De*
*Cubas & Lewis, PA,*

>    *Defendants.*

---

## Unopposed Motion for Special Admission

Pamela Erin Prescott, Esquire, moves for special admission to represent Plaintiff Kathryn Rae Kimm this action.

I am neither a resident of Florida nor member in good standing of The Florida Bar.

I am a member in good standing of one or more bars of a United States district court; specifically, the California Central District Court.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

- Battles v. Experian Information Solutions, Inc. et al  -  Case  Number: 6:25-cv-00917-RBD-DCI

- Lew v. Experian Information Solutions, Inc. et al – Case Number: 9:23-cv-81551-KAM

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: September 23, 2025         /s/ Pamela E. Prescott
                                  Pamela E. Prescott, Esq
                                  [CA Bar ID #328243]
                                  Email: pamela@kazlg.com
                                  **Kazerouni Law Group, APC**
                                  245 Fischer Avenue, Suite D1,
                                  Costa Mesa, CA 92626
                                  Phone: 800-400-6808

2

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.

Dated: September 23, 2025   /s/ Pamela E. Prescott
            Pamela E. Prescott, Esq
            [CA Bar ID #328243]
            Email: pamela@kazlg.com
            **Kazerouni Law Group, APC**
            245 Fischer Avenue, Suite D1,
            Costa Mesa, CA 92626
            Phone: 800-400-6808